

# U.S. District Court

### Texas Western - Waco

Receipt Date: Dec 22, 2025 3:13PM

ATPG Technology, LLC  
Larry Golden  
740 Woodruff Rd #1102  
Greenville, SC 29607

| Rcpt. No: 2193 | | Trans. Date: Dec 22, 2025 3:13PM | | | Cashier ID: #CP (6649) |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #1107 | 12/17/2025 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |

**Comments**: Civil Filing Fee for DTXW625CV000596 Golden v. Samsung Electronics America, Inc.

Clerk, United States District Court - Waco Division - 800 Franklin Ave, Rm 380, Waco, TX 76701 (254) 750-1501 - www.txwd.uscourts.gov