IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS – WACO DIVISION

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

Phone (864) 992-7104

Email: atpg-tech@charter.net

**FILED**

January 08, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____lad_____
                      DEPUTY

| | |
|---|---|
| LARRY GOLDEN,<br><br>　　　　Plaintiff,<br><br>　　　　V.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.<br><br>　　　　Defendant. | CIVIL CASE NO: <u>6:25-cv-00596-DAE</u><br><br>**JURY TRIAL DEMANDED**<br><br>**(Direct Patent Infringement),**<br>**(Willful Patent Infringement),**<br><br>January 5, 2026 |

## CERTIFICATE OF SERVICE ON SAMSUNG

Pursuant to the Court's authorization of service on December 21, 2025 (Dkt. 3), Plaintiff files with the Court its return of service on Samsung, indicating completion of the required service. With the "Summons in a Civil Action", Plaintiff also served on Samsung, on December 31, 2025, the Complaint; Exhibits; and Civil Cover Sheet. Dondre Dennis of SLS Process Serving Company, LLC, 90 State Street, Albany, NY 12207 [We Serve Law, LLC] delivered the documents to CT Corporation System (Agent for Samsung) at 28 Liberty St. 42nd Floor, New York, NY 10005.

Attached as *Exhibit A* is the Affidavit of Service and email conformation.

1

Sincerely,

*Larry Golden*

Larry Golden, *Pro Se* Plaintiff
740 Woodruff Rd., #1102
Greenville, SC 29607
(M) 8649927104
Email: atpg-tech@charter.net

# Exhibit A

Form 27 - AFFIDAVIT OF SERVICE


P25786107

**LARRY GOLDEN**    LARY GOLDEN
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

| LARRY GOLDEN, PROSE | Index No. **6:25-CV-596** |
|---|---|
| PLAINTIFF | Date Filed |
| - vs - | Office No. |
| SAMSUNG ELECTRONICS AMERICA, INC. | Court Date. |
| DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**      :SS:

**DONDRE DENNIS** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **31ST** day of **DECEMBER, 2025 3:12PM** at
**C/O CT CORPORATION SYSTEM
28 LIBERTY STREET
42ND FLOOR
NEW YORK NY 10005**
I served a true copy of the **EXHIBIT(S), SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon **SAMSUNG ELECTRONICS AMERICA, INC.** the **DEFENDANT** therein named by delivering to, and leaving personally with **Angelo Brown, INTAKE SPECIALIST**, who provided verbal confirmation that he or she is authorized to accept by appointment or law to receive service on behalf of the **DEFENDANT**. I affirm that **Angelo Brown** confirmed their authority after my inquiry, identified their role and explained their responsibilities, which include accepting service of process for the **DEFENDANT**.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

GENDER: **MALE**    PERCEIVED RACE: **BLACK OR AFRICAN AMERICAN** HAIR: **BLACK**
APP.AGE: **40-45** APP. HT: **5ft8in**                     APP. WT: **170**
OTHER IDENTIFYING FEATURES

**COMMENTS: SERVER GPS DATA: COMPLETION - 12/31/2025 - 3:12 PM - 40.708122222222, -74.009261111111**

Sworn to before me this
02ND day of JANUARY, 2026

SELENA INES ADAMES
Notary Public, State of   New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2029

DONDRE DENNIS 2120222-DCWP
We Serve Law - DCWP #2098109
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-WSL589-25786107

2a

Subject: We Serve Law - Job Completion -
Date: January 2, 2026 at 7:10 AM CST
From: noreply@weservelaw.com<noreply@weservelaw.com>
To: lgolden5605@charter.net

To: LARRY GOLDEN


This is an automated message relating to:
Our Job Number: 25786107
Your Reference Number:
Server Name : DONDRE DENNIS
Party to be Served:
SAMSUNG ELECTRONICS AMERICA, INC.
C/O CT CORPORATION SYSTEM 28 LIBERTY STREET
42ND FLOOR
NEW YORK, NY 10005

Case Info:
TXDISTW 6:25-CV-596
LARRY GOLDEN, PROSE vs. SAMSUNG ELECTRONICS AMERICA, INC.


Documents: EXHIBIT(S), SUMMONS IN A CIVIL ACTION AND COMPLAINT

Latest Status: **Completed**
Served Date:2025-12-31 00:00:00.000 Time:3:12PM
Served To: Angelo Brown, INTAKE SPECIALIST
Description:
Sex:MALE
Skin:BLACK OR AFRICAN AMERICAN
Hair:BLACK
Age:40-45
Height:5ft8in
Weight:170
Other:


Door Description:
Area Description:
Comments:

JAN 05, 2026

76701

RDC 03   0 Lb 2.40 Oz   $11.90

S2324K504179-18

**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL**

d delivery date specified for domestic use.
c shipments include $100 of insurance (restrictions apply).*

EXPECTED DELIVERY DAY: 01/10/26

USPS TRACKING #

9505 5105 5563 6005 2728 32

RATE ENVELOPE
■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

CKED ■ INSURED



EP14F October 2023
OD: 12 1/2 x 9 1/2



FROM:



**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL**

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM:
Larry Golden
740 Woodruff Rd.
#1102
Greenville, SC 29607

**RECEIVED**

TO:   JAN 8 2026

United States District Court
Western District of Texas
Case No: 25-0596-DAE
800 Franklin Avenue
Room 380
Waco, TX 76701

Label 228, December 2023   FOR DOMESTIC AND INTERNATIONAL USE