IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>        Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>        Defendant. | Case No. 6:25-CV-00596-DAE |

**NOTICE OF CORRECT CERTIFICATE OF SERVICE**

The undersigned hereby certifies that PRO SE is being served via First Class Mail and via email with a copy of the Notice of Appearance (Dkt.7) and a copy of the Unopposed Motion for Extension of Tie to File Answer (Dkt. 8).

Dated: January 8, 2026                                   Respectfully submitted,

                                                                            */s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  melissa@gillamsmithlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that PRO SE is being served via First Class Mail and via email with a copy of the Notice of Correct Certificate of Service.