**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

|  |  |
|---|---|
| LARRY GOLDEN,<br><br>       Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>       Defendant. | Case No. 6:25-CV-00596-DAE |

## ORDER

Before the Court is Defendant Samsung Electronics America, Inc.'s Motion to Dismiss Complaint.  After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **GRANTED**.