IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>       Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>       Defendant. | Case No. 6:25-CV-00596-DAE |

**DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Samsung Electronics America, Inc. ("SEA") states as follows:

SEA is a wholly owned subsidiary of Samsung Electronics Co., Ltd., a publicly held Korean company with no parent corporation.

Dated: February 20, 2026               Respectfully submitted,

                                       By: */s/ Melissa R. Smith*
                                       Melissa R. Smith
                                       **GILLAM & SMITH, LLP**
                                       303 South Washington Avenue
                                       Marshall, TX 75670
                                       Tel.: (903) 934-8450
                                       Fax: (903) 934-9257
                                       melissa@gillamsmithlaw.com

                                       *Attorneys for Defendant*
                                       *Samsung Electronics America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that PRO SE is being served via First Class Mail and via email with a copy of this document on February 20, 2026.

                                       */s/ Melissa R. Smith*
                                       Melissa R. Smith

2