# Exhibit A

# United States Court of Federal Claims

717 MADISON PLACE, NW
WASHINGTON, DC 20439

OFFICE OF THE CLERK OF COURT
(202) 357-6406

March 31, 2021

Grant D. Johnson, Esquire
U.S. Department of Justice, Civil Division
Commercial Litigation Branch
1100 L Street, NW, Room 8406
Washington, DC 20005

                 In re:   *Larry Golden v. United States;*
                            *Case No. 13-307 C*

Dear Mr. Johnson:

      On March 29, 2021, Senior Judge Eric G. Bruggink issued an order in the above-referenced case granting the government's third motion to notice. In accordance with the order and RCFC 14(b)(4) please find, enclosed, the Notices to be issued on Apple, Inc., LG Electronics U.S.A., Inc., and Samsung Electronics America, Inc. As stated in RCFC 14(b)(4)(A), it is the moving party's responsibility to cause the Notices to be served on the individual (or entity) to be notified. If you have any questions, please feel free to contact the Clerk's Office at (202) 357-6406. Thank you.

                                                  Sincerely,

                                                  Lisa L. Reyes
                                                  Clerk of Court

Enclosures

cc:   Mr. Larry Golden

# In the United States Court of Federal Claims

**LARRY GOLDEN**



v.

No. 13-307 C

**THE UNITED STATES**

## NOTICE

To: Samsung Electronics America., Inc.
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

    Pursuant to Rule 14 of the Rules of the United States Court of Federal Claims, you are hereby notified of the above-captioned case in which you may have an interest. If you have an interest in the subject matter of this case, within forty-two (42) days after service of this Notice upon you, you may file a complaint or answer herein in accordance with Rule 14. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Sixth Amended Complaint, Defendant's Answer to the Sixth Amended Complaint and Defendant's Third Motion for Notice.**

    In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 31st day of March 2021

By: _/s/ Lisa L. Reyes_
Lisa L. Reyes, Clerk
U.S. Court of Federal Claims

### RETURN OF SERVICE

    Service of the above Notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on _____
                                    (Date)

_____
Attorney of Record

# In the United States Court of Federal Claims



**LARRY GOLDEN**

v.                                                                         No. 13-307 C

**THE UNITED STATES**

### NOTICE

To:   LG Electronics U.S.A., Inc.
      c/o United States Corporation Company
      251 Little Falls Drive
      Wilmington, DE 19808

      Pursuant to Rule 14 of the Rules of the United States Court of Federal Claims, you are hereby notified of the above-captioned case in which you may have an interest. If you have an interest in the subject matter of this case, within forty-two (42) days after service of this Notice upon you, you may file a complaint or answer herein in accordance with Rule 14. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Sixth Amended Complaint, Defendant's Answer to the Sixth Amended Complaint and Defendant's Third Motion for Notice.**

      In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 31st day of March 2021

By: _/s/ Lisa L. Reyes_
      Lisa L. Reyes, Clerk
      U.S. Court of Federal Claims

### RETURN OF SERVICE

      Service of the above Notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on _____
                                            (Date)

_____
Attorney of Record

# In the United States Court of Federal Claims

**LARRY GOLDEN**



v.                                                                  No. 13-307 C

**THE UNITED STATES**

## NOTICE

To:   Apple, Inc.
      c/o CT Corporation System
      818 West Seventh Street
      Suite 930
      Los Angeles, CA 90017

    Pursuant to Rule 14 of the Rules of the United States Court of Federal Claims, you are hereby notified of the above-captioned case in which you may have an interest. If you have an interest in the subject matter of this case, within forty-two (42) days after service of this Notice upon you, you may file a complaint or answer herein in accordance with Rule 14. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Sixth Amended Complaint, Defendant's Answer to the Sixth Amended Complaint and Defendant's Third Motion for Notice.**

    In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 31st day of March 2021

By: _Lisa L. Reyes_
Lisa L. Reyes, Clerk
U.S. Court of Federal Claims

## RETURN OF SERVICE

    Service of the above Notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on _____
                            (Date)

_____
Attorney of Record