# Exhibit D



CHIEF OF STAFF TO THE PRESIDENT
THE WHITE HOUSE

June 20, 2005

Larry Golden
Co-Owner
Budget Solutions, LLC
522 Peach Grove Place
Mauldin, South Carolina  29662-3407

Dear Larry:

Thank you for your letter regarding homeland security technology procurement.  I appreciate you making me aware of your products and ideas.  Please know that I have forwarded it to the Department of Homeland Security for review and response.

Again, thank you for your letter and best wishes.

Sincerely,

Andrew H. Card, Jr.

## Budget Solutions, LLC
Larry Golden, Co-owner
522 Peach Grove Place
Mauldin, SC 29662
Bus: 864.288.5605 / Cell: 864.992.7104
E-mail: lgolden5605@charter.net

May 23, 2005

President George W. Bush
1600 Pennsylvania Avenue NW
Washington, DC 20500

Dear Mr. President:

I need your help. My problem is with the Office of Senator Jim DeMint.

My name is Larry Golden. I am the co-owner of Budget Solutions, LLC. Budget Solutions is a Research and Development Company. Our mission is to identify and research those areas considered vulnerable to terrorist attacks and offer solutions to preventing terrorist attacks by developing new, innovative products, ideas, and strategies.

I am the author of three "Economic Stimulus and Terrorist Prevention Projects". The strategies behind each project is to increase jobs and create new business opportunities, increase taxable revenue to restore the Nation's Budget (an estimated $200 billion over the next ten years), reduce the cost to manufacture, and open up a world market to current distributors, suppliers, and manufacturers within the various industries.

I am the inventor of two anti-terrorist product devices and am credited with participating in the development of a third anti-terrorist product device.

"The V-Tection Project": invention technology involves the prevention of car and vehicle bombings by using GPS, navigational systems, and a device designed to control certain functions of the vehicle.

"The ATPG Project": invention technology involves the prevention, detection and containment of chemical, biological, radiological and nuclear agents and compounds in vulnerable areas such as: cargo containers, cargo planes, cargo ships, warehouses, freight train cars, tractor trailers, mail carriers (ups, FedEx, for example), airport lockers, news racks, mail drop boxes, cluster mail boxes, keyed mail boxes, mini-storage houses, bicycle lockers, stadium lockers, school lockers, and shipping containers.

"THE SafeRack Project": invention technology involves preventing the storage of IED's, pipe bombs, and "dirty" bombs in news racks. The invention technology involves the detection and preventing the spread of chemical and biological agents and compounds onto newspapers. The invention technology involves preventing stolen papers. By

preventing an estimated $995 million dollars annually in stolen papers we can turn the estimated $995 million dollars annually into a gain, which is taxable to the Federal Gov't. The estimated $400 million annually received as tax revenue can be used to fund other vulnerable areas subject to terrorist attacks.

I asked David Porter, Porter Technologies, the inventor of a container security lock in my area, what efforts he took to seek Federal funding. He suggested I contact my Congressman or Senator and ask them to put me in touch with a Portfolio Manager at the Dept. of Homeland Security. Senator DeMint forwarded a letter to DHS Undersecretary Asa Hutchinson dated September 30, 2003 in support of Mr. Porter's invention. Undersecretary Hutchinson traveled to South Carolina to validate Mr. Porter's invention. <u>I cannot help but feel Senator DeMint's treatment toward me is because I am Black. It's difficult enough for Blacks to be recognized as being competent in the technology field without being discriminated against.</u>

I contacted Senator DeMint's office. I communicated my request to Mr. Chris Socha. I asked Mr. Socha to help us secure $4 million dollars for R&D from the DHS by putting us in contact with a Portfolio Manager. Mr. Socha suggested I send him everything we are working on. In November 2004 I sent Mr. Socha 2 ½ years of technology and research material and made it very clear the material and the contents therein should be treated as personal and confidential.

Six months has past and for six months I have tried to contact Mr. Socha, his superiors Mr. Hoskins and Senator DeMint. For six months, every time I have called they were either out of the office, in a meeting, or currently unavailable. For six months I have sent e-mails, left messages in their mailboxes, and with the receptionist. I have also left telephone numbers, an e-mail address, and a mailing address for them to reach me. In my messages I asked for an update on any progress and asked them to return the material I forwarded to them if the Senator has decided the issues addressed in the Projects is of no concern of his.

I believe very strongly that Senator DeMint is using the inventions technology and economic strategies for personal gain and/or recognition. <u>See (109th CONGRESS, 1st Session; S.3, January 24, 2005, A BILL, SECTION 1. SHORT TITLE. 'Protecting America in the War on Terror Act of 2005').</u>

My fear is that Senator DeMint is sharing or has shared the inventions technology with others outside the United States for personal gain and/or recognition. In February 2005, Senator DeMint made an International trip to Iraq, Kuwait, and Germany. Senator DeMint met with U.S. and Iraqi officials, including the three leaders of the major political parties to discuss funds utilization. It's my understanding Mr. Socha has made a couple of trips out of the Country since November 2004. Sharing this information with others outside the United States could have a devastating impact on our Nation's economy and set us back years on the development and implementation of technology used to prevent terrorist activity.

Please help. You can help by opening an investigation into the actions of Senator DeMint. You can help by providing a contact person or entity that can better serve us. You can help by sending a copy of this letter back to Senator DeMint with some positive and constructive recommendations.

Please use the information in the letterhead to contact me.


Sincerely,


Larry Golden
Budget Solutions, LLC

cc:
**President:** George W. Bush

**President's Cabinet:** Richard Cheney, Andrew Card Jr., Joshua Bolton, Rob Portman, Stephen Johnson, John Walters, Mike Johanns, Gale Norton, Carlos Gutierrez, Alberto Gonzales, Donald Rumsfeld, Elaine Chao, Margaret Spellings, Condoleezza Rice, Samuel Bodman, Norman Mineta, Michael Leavitt, John Snow, Michael Chertoff, Jim Nicholson, Alphonso Jackson.

**Senators:** Daniel Akaka, Lamar Alexander, Wayne Allard, George Allen, Max Baucus, Evan Bayh, Robert Bennett, Joseph Biden, Jeff Bingaman, Christopher Bond, Barbara Boxer, Sam Brownback, Jim Bunning, Conrad Burns, Richard Burr, Robert Byrd, Maria Cantwell, Thomas Carper, Lincoln Chafee, Saxby Chambliss, Hillary Clinton, Tom Coburn, Thad Cochran, Susan Collins, Kent Conrad, John Cornyn, Jon Corzine, Larry Craig, Michael Crapo, Mark Dayton, Jim DeMint, Mike DeWine, Christopher Dodd, Elizabeth Dole, Pete Domenici, Byron Dorgan, Richard Durbin, John Ensign, Michael Enzi, Russell Feingold, Dianne Feinstein, Bill First, Lindsay Graham, Chuck Grassley, Judd Gregg, Chuck Hagel, Tom Harkin, Orrin Hatch, Kay Hutchison, James Inhofe, Daniel Inouye, Johnny Isakson, James Jeffords, Tim Johnson, Edward Kennedy, John Kerry, Herb Kohl, Jon Kyl, Mary Landrieu, Frank Lautenberg, Patrick Leahy, Carl Levin, Joseph Lieberman, Blanche Lincoln, Trent Lott, Richard Lugar, Mel Martinez, John McCain, Mitch McConnell, Barbara Mikulski, Lisa Murkowski, Patty Murray, Bill Nelson, Ben Nelson, Barack Obama, Mark Pryor, Jack Reed, Harry Reid, Pat Roberts, John Rockefeller, Ken Salazar, Rick Santorum, Paul Sarbanes, Charles Schumer, Jeff Sessions, Richard Shelby, Gordon Smith, Olympia Snowe, Arlen Specter, Debbie Stabenow, Ted Stevens, John Sununu, James Talent, Craig Thomas, John Thune, David Vitter, George Voinovich, John Warner.

**Congressional Black Caucus:** Sanford Bishop, G.K. Butterfield, Corrine Brown, Julia Carson, Donna Christensen, William Clay Jr., Emanuel Cleaver, James Clyburn, John Conyers Jr., Elijah E. Cummings, Artur Davis, Danny Davis, Chaka Fattah, Harold Ford, Al Green, Alcee Hastings, Jesse Jackson Jr., Sheila Jackson Lee, William Jefferson, Eddie Burnice Johnson, Stephanie Tubbs Jones, Carolyn Kilpatrick, Barbara Lee, John Lewis, Cynthia McKinney, Kendrick Meek, Gregory Meeks, Juanita Millender-McDonald, Gwen Moore, Eleanor Holmes Norton, Barack Obama, Major Owens, Donald Payne, Charles Rangel, Bobby Rush, David Scott, Robert Scott, Bennie Thompson, Edolphus Towns, Maxine Waters, Diane Watson, Melvin Watt, Albert Wynn



# OFFICE OF THE VICE PRESIDENT
### WASHINGTON

June 3, 2003

Dear Friends:

I am responding on behalf of the Vice President to your recent letter expressing your concerns about the safety of newspaper racks in public places.

Your correspondence has been forwarded to the Department of Homeland Security for review. You will hear back directly from the Department.

The Vice President appreciates hearing from you. Thank you for taking the time to write.

Sincerely,

*Cecelia Boyer*

Cecelia Boyer
Special Assistant to the Vice President
for Correspondence

Mr. Larry Golden
Mr. Melvin Sullivan
522 Peach Grove Place
Mauldin, South Carolina 29662-3407

NEST F. HOLLINGS
SUTH CAROLINA

OFFICES:

335 ASSEMBLY STREET
COLUMBIA, SC 29201
803-765-5731

23 FEDERAL BUILDING
GREENVILLE, SC 29603
864-233-5366

112 CUSTOM HOUSE
100 EAST BAY STREET
CHARLESTON, SC 29401
843-727-4525

## United States Senate

125 RUSSELL OFFICE BUILDING
WASHINGTON, DC 20510-4002
202-224-6121
EMAIL: http://hollings.senate.gov

October 1, 2003

COMMITTEES:

COMMERCE, SCIENCE, AND
TRANSPORTATION: RANKING

APPROPRIATIONS
COMMERCE, JUSTICE, STATE AND
THE JUDICIARY: RANKING
DEFENSE
LABOR, HEALTH AND HUMAN SERVICES,
EDUCATION
ENERGY AND WATER DEVELOPMENT
INTERIOR

BUDGET

DEMOCRATIC POLICY COMMITTEE

Mr. Larry Golden
522 Peach Grove Place
Mauldin, SC 29662

Dear Mr. Golden:

Thank you for contacting me regarding your difficulty with receiving a response from the Department of Homeland Security. Please know that I am contacting the Secretary today to bring this matter to his attention.

Please feel free to contact Ms. Gillian Mabrey in my Washington, D.C. office if I may be of further assistance.

With kindest regards, I am

Sincerely,

Ernest F. Hollings

EFH/gm

DSEY O. GRAHAM
SOUTH CAROLINA
(202) 224-5972

# United States Senate

WASHINGTON, DC 20510

October 21, 2003

Larry Golden
522 Peach Grove Place
Mauldin, SC  29662

Dear Larry:

Thank you for your correspondence of recent date.

I have contacted the Department of Homeland Security on your behalf.  I have asked that they review your request and respond directly to you.

If I can be of further assistance to you in matters of a federal nature, please do not hesitate to contact me.

Sincerely,

Lindsey O. Graham
United States Senator

LOG/vc