# Exhibit E



HOME    NEWS

# Rep Nancy Pelosi Says Thank Your Government For Creating Smartphone Technology

by **Brittany Goetting** — Sunday, June 12, 2016, 12:31 PM EDT

 1



U.S. House of Representatives Minority Leader Nancy Pelosi claimed at a Democratic National Convention Platform Hearing that the vast majority of smartphone technology was "invented" by the federal government. Her argument was for more more research and development spending in the federal budget.

Pelosi explained, "Anybody here have a smartphone? In this smartphone, almost everything came from federal investments and research. GPS, created by the military, flatscreens, LLD [sic], digital camera, wireless data compression, research into metal alloys for strength and lightweight, voice recognition — the list goes on and on…. They say Steve Jobs did a good idea designing it and putting

it together. Federal research invented it."



A spokesperson for Nancy Pelosi emailed the following statement:

> *The late Steve Jobs and the team at [Apple](#) that made the [iPhone](#) would be the first to tell you that they didn't invent many of its core technologies we now take for granted.  Leader Pelosi counted Steve Jobs as friend and meant no disrespect to his legacy, but the point she was making is a valid one.  Leader Pelosi believes that Steve Jobs and his colleagues at Apple, deserve enormous credit for taking federally-backed innovations off the shelf, refining them, commercializing them and turning them into a beautiful device that changed the world.*

While federal funding contributes to research, it is not the end-all for invention and innovation. The process of making a smartphone starts at the drawing board. The concept is put into sketches considering various design elements, features and interface options. Prototypes are created, and the phone is manufactured and assembled. Not to mention the countless silicon and software inventions under its hood like its processors, memory and operating system.

Is the federal government involved in this process? Perhaps in some cases to a certain extent. It is undeniable however that companies such as Apple, [Google](#), [Samsung](#), etc. have invented and innovated smartphone technology. Pelosi may perhaps need to fact-check her speech next time before making such broad, sweeping statements.



Bay Area | News ⌄    Weather ⌄    Sports ⌄    Video   •••         ☁ 61°

Local News

# Pelosi Says Federal Research 'Invented' The iPhone

June 10, 2016 / 3:22 PM PDT / CBS San Francisco

⊕ Add CBS News on Google

WASHINGTON (CBS SF) – House Minority Leader Nancy Pelosi said Thursday that federally-funded research, not Apple and late CEO Steve Jobs, invented the iPhone.

Pelosi made her remarks at a meeting to draft the Democratic Party platform ahead of the Democratic National Convention next month.

Touting the need for more research and development spending in the federal budget, the lawmaker from San Francisco held up a device that looked like an iPhone.





The House Minority Leader then asked attendees, "Anybody here have a smartphone? In this smartphone, almost everything came from federal investments in research, GPS created by the military, flat screens, LLD [sic], digital camera, wireless data compression, research into metal alloys for strength and lightweight, voice recognition. The list goes on and on."

"They say Steve Jobs did a good idea designing it and putting it together. Federal research invented it," Pelosi said.

Conservative critics pounced on Pelosi's comments and compared them to a speech delivered by President Barack Obama in 2012 when he said that businesses did not become successful solely on their own.

"If you were successful, somebody along the line gave you some help. There was a great teacher somewhere in your life. Somebody helped to create this unbelievable American system that we have that allowed you to thrive. Somebody invested in roads and bridges. If you've got a business — you didn't build that. Somebody else made that happen. The Internet didn't get invented on its own. Government research created the Internet so that all the companies could make money off the Internet," Obama said in part.

  

Culture

# Steve Jobs didn't invent the iPhone, says Nancy Pelosi

Technically Incorrect: The House minority leader says the US government was behind the actual invention; Jobs merely designed Apple's famous phone and put it together.

 Chris Matyszczyk

June 10, 2016 2:40 p.m. PT

3 min read  

*Technically Incorrect offers a slightly twisted take on the tech that's taken over our lives.*

That Steve Jobs.

He was a pretty good designer. He was also good at putting things together.

But let's not forget who was really behind fine tech inventions such as the iPhone. It was the US government.

I know this because House minority leader Nancy Pelosi told me. Or rather, told attendees of the Democratic National Convention Platform Hearing on Thursday.

She held up an iPhone.

"In this smartphone, almost everything came from federal investments and research," she said.

Voice recognition, GPS, flat screens -- these were all government ideas.

She explained that "the Association for the Advancement of Science in America" (likely she was referring to the American Association for the Advancement of Science) says that "Steve Jobs did a good idea [sic] of designing it [the iPhone] and putting it together. Federal research invented it."

A spokeswoman for the AAAS, however, pointed toward another organization.

"Congresswoman Pelosi's remarks seem to have been based on an infographic prepared by the Association of American Universities (AAU)," she said. "The purpose of the infographic was to illustrate the importance of federally funded basic research, and how it contributed to some of the technology that was ultimately integrated into the iPhone."

"Rep. Pelosi was mistaken in her reference to AAAS," the spokeswoman added.

Drew Hammill, spokesman for Pelosi, told me that the House minority leader knew Jobs well.

"The late Steve Jobs and the team at Apple that made the iPhone would be the first to tell you that they didn't invent many of its core technologies we now take for granted," he said. "Leader Pelosi counted Steve Jobs as friend and meant no disrespect to his legacy, but the point she was making is a valid one. Leader Pelosi believes that Steve Jobs and his colleagues at Apple, deserve enormous credit for taking federally-backed innovations off the shelf, refining them, commercializing them and turning them into a beautiful device that changed the world."

Sympathetic minds might see what Pelosi was getting at. It's well known that many tech breakthroughs enjoy their debut in the service of the military. Well, that and in the service of pornography, of course.

Some, though, might struggle with House Democratic leader's word choice.

A sense emerges that Jobs wasn't really all that -- just a good designer and assembler. The actual "inventing" was done on the government's dime.

Naturally, some are already comparing these words with those of President Barack Obama, who explained in 2012 that any business success isn't built alone. "You didn't build that," was the one line that was quoted again and again -- either with criticism or admiration.

Home (/) > University Research Made Your Smartphone Smart

September 19, 2017

# University Research Made Your Smartphone Smart



Click on one of the phone parts to learn more





DONATE

OBITUARIES

# Gladys West, mathematician whose work paved the way for GPS, dies at 95

JANUARY 23, 2026 · 1:38 PM ET

By Bill Chappell



Gladys West went from a one-room schoolhouse in rural Virginia to college and to working on planetary motions and modeling. "I really did like geometry," she said of her high school years. "I fell in love with that."
*Courtesy of the West family*

She navigated segregation to become an esteemed mathematician — and today, her work helps billions of people navigate the world.



## Real news, by real humans

Algorithms change, but our commitment to the facts stays the same. Get the Up First newsletter every day to stay in the know.

Email address                                              SIGN UP

See more subscription options

"Sometimes they'd call you to see if you wanted to watch it, to see whether it blows up or it goes," West told Notices Of The American Mathematical Society in 2020. She added, "That was old time; it's much easier now."

Here's how the Department of Defense sums up some of West's pivotal work:

> *In the early 1960s, she participated in an award-winning, astronomical study that proved the regularity of Pluto's motion relative to Neptune.*
>
> *From the mid-1970s through the 1980s, West used complex algorithms to account for variations in gravitational, tidal and other forces that distort Earth's shape. She programmed the IBM 7030 computer, also known as Stretch, to deliver increasingly refined calculations for an extremely accurate model of the Earth's shape, optimized for what ultimately became the GPS orbit used by satellites.*

Without her work, and updates that came later, the intricately accurate navigation and timing of GPS would not have been possible, according to the U.S. Space Force.

NATIONAL
**Losing GPS would cost the U.S. $1 billion a day. So why is there no backup?**

## A 'hidden figure' no more

For most of her life, West's abilities and achievements were not widely known — similar to other Black women doing pivotal work in science and math during the Cold War and highlighted in the 2016 book, *Hidden Figures*. But West received notable recognitions over the past decade, including the military's Space and Missile Pioneers Hall of Fame in 2018 and the National Museum of the Surface Navy's Freedom of the Seas Exploration and Innovation Award in 2023. She also became the first woman to win the Prince Philip Medal, awarded by the U.K.'s Royal Academy of Engineering.

Sponsor Message



NATIONAL
**NASA's 'Hidden Figures' awarded Congressional Gold Medals for pioneering space work**