**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

LARRY GOLDEN,

          Plaintiff,

v.

SAMSUNG ELECTRONICS AMERICA,
INC.,

          Defendant.

Case No. 6:25-CV-00596-DAE

**DEFENDANT'S NOTICE OF ORDERS IN RELATED PROCEEDING**

Defendant Samsung Electronics America, Inc. respectfully provides notice of recent developments in a related case before the Northern District of California, *Golden v. Google LLC*, 3:26-cv-00831-JD (N.D. Cal. 2026).  In both this action and in the Northern District of California, Plaintiff Larry Golden asserts infringement of patents including U.S. Patent Nos. 10,163,287 and 10,984,619.

In Plaintiff's Northern District action against Google, on April 30, 2026, the Court held an Initial Case Management Conference and heard argument on Google's motion to dismiss Mr. Golden's complaint.  The Court granted Google's motion regarding res judicata and the *Kessler* doctrine, deferred ruling on Google's other grounds for dismissal, and ruled that "Plaintiff Golden may file a second amended complaint by June 15, 2026, removing all allegations relating to infringement of U.S. Patent Nos. 10,163,287 and 10,984,619."  The Minute Order for this hearing is attached as Exhibit 1.

On May 7, 2026, the Northern District of California issued an Order noting that "the current complaint improperly seeks to relitigate claims foreclosed by prior judgements," and reaffirming "the Court's bench ruling that dismissed the claims relating to U.S. Patent Nos. 10,163,287 and 10,984,619 on grounds of preclusion and the *Kessler* doctrine and directed [Mr. Golden] to file an amended complaint."  The Court's Order is attached as Exhibit 2.

Date:  May 28, 2026

Respectfully submitted,

By:  */s/ Melissa R. Smith*
Melissa R. Smith
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Tel.: (903) 934-8450
Faz.: (903) 934-9257
melissa@gillamsmithlaw.com

*Attorneys for Defendant*
*Samsung Electronics America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Pro Se Plaintiff Larry Golden is being served via First Class Mail and via email with a copy of this document on May 28, 2026.

*/s/ Melissa R. Smith*
Melissa R. Smith

2