# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  April 30, 2026                                     Judge:  Hon. James Donato

Time:  4 Minutes

Case No.      **3:26-cv-00831-JD**
Case Name  **Larry Golden v. Google, LLC**

Attorney(s) for Plaintiff(s):      Larry Golden
Attorney(s) for Defendant(s):   Erika Warren/Matthew Warren/Demarcus Williams

Deputy Clerk:  Lisa R. Clark                           Court Reporter:  Andrea Bluedorn

## PROCEEDINGS

Motion hearings and initial case management conference -- held.

## NOTES AND ORDERS

Golden's motion for a stay of the proceedings to gather witness statements, Dkt. No. 33, is denied.

The amended complaint, Dkt. No. 18, is dismissed.  Plaintiff Golden may file a second amended complaint by June 15, 2026, removing all allegations relating to infringement of U.S. Patent Nos. 10,163,287 and 10,984,619.

Pending further order, the case is stayed for all purposes other than Golden's second amended complaint and Google's response to that complaint.