# EXHIBIT 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY GOLDEN,

          Plaintiff,

    v.

GOOGLE LLC,

          Defendant.

Case No. 26-cv-00831-JD

**ORDER RE PLAINTIFF'S NEW FILINGS**

The Court stayed the case in all respects other than the filing of a second amended complaint by pro se plaintiff Golden and a response by defendant Google. Dkt. No. 63. As discussed during a hearing, the stay was warranted because the current complaint improperly seeks to relitigate claims foreclosed by prior judgements. *Id.*

Golden filed two motions in violation of the stay, namely a request to transfer the case back to the Western District of Texas, Dkt. No. 65, which ordered the case to be sent to this District, Dkt. No. 30, and a "motion for reconsideration of plaintiff's guaranteed constitutional right to a trial by jury," Dkt. No. 66. In effect, Golden seeks reconsideration of the order transferring the case here, and the Court's bench ruling that dismissed the claims relating to U.S. Patent Nos. 10,163,287 and 10,984,619 on grounds of preclusion and the *Kessler* doctrine and directed him to file an amended complaint.

Reconsideration is denied on both counts. Golden did not demonstrate a good reason for reconsideration under Civil L.R. 7-9. Specifically, he did not ask for leave to file a reconsideration request, *id.* 7-9(a), and did not establish that reconsideration might be warranted on grounds of a "material difference in fact or law" that was not presented to the Court, *id.* 7-9(b)(1), "the emergence of new material facts or a change of law occurring after the time of such

order," *id*. 7-9(b)(2), or a "manifest failure by the Court to consider material facts or dispositive legal arguments," *id.* 7-9(b)(3).

Google need not respond to either of Golden's motions. No further filings will be accepted except as ordered by the Court. Pursuant to Federal Rule of Civil Procedure 41(b), a violation of this order will result in sanctions, including but not limited to issue, claim or evidence preclusion, monetary sanctions, and dismissal of the case.

**IT IS SO ORDERED.**

Dated: May 7, 2026

_____

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

2