FILED

June 10, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ cap

DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS – WACO DIVISION**

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

Phone (864) 992-7104

Email: atpg-tech@charter.net

|  |  |
|---|---|
| LARRY GOLDEN,<br><br>               Plaintiff,<br><br>               V.<br><br>SAMSUNG ELECTRONICS<br>AMERICA, INC.<br><br>               Defendant. | CASE NO: 6:25-cv-00596-DAE<br><br>**JURY TRIAL DEMANDED**<br><br>**(Direct Patent Infringement),**<br>**(Willful Patent Infringement),**<br><br>June 10, 2026 |

**PLAINTIFF'S NOTICE OF FILINGS IN THE RELATED CASE *GOLDEN v. GOOGLE, LLC* NDC CASE NO. 26-0831-LJC AND THE COURT'S LEAVE TO FILE AN AMENDED COMPLAINT FOR PATENT INFRINGEMENT UNDER 35.U.S.C. §§ 154(a)(1) and 271(g)**

In Plaintiff's pending cases against Google, Apple, and Samsung, Plaintiff alleges the cases are substantially the same. Plaintiff alleged Google, Apple, and Samsung, all used Plaintiff's patented process abroad to manufacture or produce the "*modified*" cell phones that Plaintiff alleges infringes his patented process for his CMDC invention.

Google, Apple, and Samsung's new, improved upon, and useful "*modified*" cell phones are manufactured and assembled abroad by the same company. Foxconn Technology Group in China, and Foxconn internationally, is a Taiwanese multinational electronics contract manufacturer established in 1974 with

headquarters in Tucheng District, New Taipei City, Taiwan. "The company that assembles both Google Pixels and Apple iPhones is Foxconn, formally known as the Hon Hai Technology Group." https://www.androidauthority.com/pixels-iphones-made-by-same-company-3624260/. "Samsung uses the same company to make its [smart]phones, Foxconn, that Apple does to assemble its [smart]phones." https://news.ycombinator.com/item?id=28423983

Plaintiff alleges in [all] the pending cases, the burden of proof shifts [§ 295] when the Defendant is accused of using Plaintiff's patented process to manufacture and/or assemble the Samsung "*modified*" cell phone under 35 U.S.C. §§ 154(a)(1) & 271(g); Samsung is tasked with presenting evidence to a jury that Samsung is (1) not using Plaintiff's patented process; or (2) Samsung is using Plaintiff's patented process but is not shipping or importing the Samsung *"modified"* cell phones (i.e., Galaxy smartphones) into the United States.

Below is a quick summary of the counts Golden alleged against Google, Apple, and Samsung. An amended complaint in the cases of Apple and Google has been filed. Golden is waiting in this Samsung case for the Court to grant Golden leave to file an amended complaint that aligns with the counts presented below:

**Allegations against Apple, Google, and Samsung are Substantially the Same**

| Fourteen Counts of Alleged Infringement against Apple under §§ 154(a)(1) & 271(g) in *Golden v. Apple* WDTC Case No. 26-0224-AM-DNM | Fifteen Counts of Alleged Infringement against Google under §§ 154(a)(1) & 271(g) in *Golden v. Google* NDC Case No. 26-0831-LJC | Fifteen Counts of Alleged Infringement against Samsung under §§ 154(a)(1) & 271(g) in *Golden v. Samsung* WDT Case No. 25-0596-DAE |
|---|---|---|
| COUNT VII:<br>Apple's "*modified*" Cell Phones | COUNT I:<br>Google's "*modified*" Cell Phones | COUNT --:<br>Samsung's "*modified*" Cell Phones |
| COUNT VIII:<br>Apple's CPU for Apple's "*modified*" Cell Phone | COUNT II:<br>Google's CPU for Google's "*modified*" Cell Phone | COUNT --:<br>Samsung's CPU for Samsung's "*modified*" Cell Phone |

| | | |
|---|---|---|
| COUNT IX:<br>Apple's iOS for Apple's<br>"*modified*" Cell Phone | COUNT III:<br>Google's Android OS for Google's<br>"*modified*" Cell Phone | COUNT --:<br>Samsung's Android OS for<br>Samsung's "*modified*" Cell Phone* |
| COUNT X:<br>Apple's Megapixel Camera for<br>Apple's "*modified*" Cell Phone | COUNT IV:<br>Google's Megapixel Camera for<br>Google's "*modified*" Cell Phone | COUNT --:<br>Samsung's Megapixel Camera for<br>Samsung's "*modified*" Cell Phone |
| COUNT XI:<br>Apple's GPS for Apple's<br>"*modified*" Cell Phone | COUNT V:<br>Google's GPS for Google's<br>"*modified*" Cell Phone | COUNT --:<br>Samsung's GPS for Samsung's<br>"*modified*" Cell Phone |
| COUNT XII:<br>Apple's Biometric ID for Apple's<br>"*modified*" Cell Phone | COUNT VI:<br>Google's Biometric ID for Google's<br>"*modified*" Cell Phone | COUNT --:<br>Samsung's Biometric ID for<br>Samsung's "*modified*" Cell Phone |
| COUNT XIII:<br>Apple's Disabling Lock for Apple's<br>"*modified*" Cell Phone | COUNT VII:<br>Google's Disabling Lock for<br>Google's "*modified*" Cell Phone | COUNT --:<br>Samsung's Disabling Lock for<br>Samsung's "*modified*" Cell Phone |
| COUNT XIV:<br>Apple's NFC for Apple's<br>"*modified*" Cell Phone | COUNT VIII:<br>Google's NFC for Google's<br>"*modified*" Cell Phone | COUNT --:<br>Samsung's NFC for Samsung's<br>"*modified*" Cell Phone |
| COUNT XV:<br>Apple's Watch Series for Apple's<br>"*modified*" Cell Phones | COUNT IX:<br>Google's Watch Series for Google's<br>"*modified*" Cell Phones | COUNT --:<br>Samsung's Watch Series for<br>Samsung's "*modified*" Cell Phones |
| COUNT XVI:<br>Apple's Wi-Fi Chips for connecting<br>Apple's "*modified*" Cell Phones | COUNT X:<br>Google's Wi-Fi Chips for<br>connecting Google's<br>"*modified*" Cell Phones | COUNT --:<br>Samsung's Wi-Fi Chips for<br>connecting Samsung's<br>"*modified*" Cell Phones |
| COUNT XVII:<br>Apple's Wireless Protocols for<br>connecting the Apple Watch Series | COUNT XI:<br>Google's Wireless Protocols<br>for connecting the Google<br>Watch Series | COUNT --:<br>Samsung's Wireless Protocols<br>for connecting the Samsung<br>Watch Series |
| COUNT XVIII:<br>Apple's Wireless Protocols for<br>connecting Apple's "Find My" | COUNT XII:<br>Google's Wireless Protocols<br>for connecting Google's<br>"Find My Device" | COUNT --:<br>Samsung's Wireless Protocols<br>for connecting Samsung's<br>"Find My Mobile" ** |
| COUNT XIX:<br>Apple's Wireless Protocols<br>for connecting Apple's<br>"Car Key" & Drones | COUNT XIII:<br>Google's Wireless Protocols<br>for connecting Google's<br>"Android Digital Car Key" | COUNT --:<br>Samsung's Wireless Protocols<br>for connecting Samsung's<br>"Digital Car Key" *** |
| COUNT XX:<br>Apple's Nine "Standard<br>Biosensors" for Apple's<br>"*modified*" Cell Phone | COUNT XIV:<br>Google's Nine "Standard<br>Biosensors" for Google's<br>"*modified*" Cell Phone | COUNT --:<br>Samsung's Nine "Standard<br>Biosensors" for Samsung's<br>"*modified*" Cell Phone |

3

| | COUNT XV:<br>Google's Wireless Protocols<br>for connecting Waymo's<br>Self-Driving Cars | COUNT --:<br>Samsung's Wireless Protocols<br>for connecting Waymo's<br>Self-Driving Cars **** |
|---|---|---|
| X | | |

\* Samsung's Android OS is built on Google's "Open-Source" Operating System Platform

\*\* Samsung's "SmartThings Find" and "Find My Mobile" in addition to the service "Find my Google device"

\*\*\* Use a Digital Key with Samsung Wallet

\*\*\*\* Samsung is making self-driving car chips for Google's Waymo


Attached as ***Exhibit A***, is a copy of Plaintiff's amended complaint filed in the related case of *Golden v. Google, LLC* Case No. 26-0831, filed in this Northern District of California – San Francisco Court.


Sincerely,

s/ *Larry Golden*

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

(M) 8649927104

Email: atpg-tech@charter.net

## VERIFICATION

## Pursuant to 28 U.S.C. § 1746

I, Larry Golden, over the age of 18, competent to testify, and having firsthand knowledge of the facts stated herein, do hereby declare, certify, verify, affirm, and state under penalty of perjury under the laws of the United States of America, that the foregoing statements are true, correct, and complete to the best of my understanding, knowledge, and belief, and made in good faith.

Executed and signed this 10th day of June, 2026, with all rights reserved and without recourse and without prejudice; is this "verification" for "Plaintiff's Notice of Filings in the Related Case *Golden v. Google, LLC* NDC Case No. 26-0831 and the Courts Leave to file an Amended Complaint for Patent Infringement under 35.U.S.C. §§ 154(a)(1) and 271(g)".

s/ *Larry Golden*

Larry Golden, Pro Se

740 Woodruff Rd., #1102

Greenville, South Carolina 29607

atpg-tech@charter.net

864-992-7104

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of June, 2026, a true and correct copy of the foregoing "Plaintiff's Notice of Filings in the Related Case *Golden v. Google, LLC* NDC Case No. 26-0831 and the Courts Leave to file an Amended Complaint for Patent Infringement under 35.U.S.C. §§ 154(a)(1) and 271(g)", was served upon the following Defendant via e-mail:

> Melissa R. Smith
>
> GILLAM & SMITH, LLP
>
> 303 South Washington Avenue
>
> Marshall, Texas, 75670
>
> Phone: (903) 934-8450
>
> Fax: (903) 934-9257
>
> Email: Melissa@gillamsmithlaw.com


> s/ *Larry Golden*
>
> Larry Golden, Pro Se
>
> 740 Woodruff Rd., #1102
>
> Greenville, South Carolina 29607
>
> atpg-tech@charter.net
>
> 864-992-7104

6