IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LARRY GOLDEN, | § | |
| *Plaintiff,* | § | |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS | § | No. 6:25-cv-00596-DAE |
| AMERICA, INC., | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

<u>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO
AMEND COMPLAINT</u>

Before the Court is Plaintiff's Unopposed Motion to Amend Complaint, filed

on May 29, 2026.[1]  (Dkt. # 15.)  Having considered the Motion, the Court finds

that the Motion should be, and is hereby, **GRANTED**.

It is **ORDERED** that Plaintiff's Unopposed Motion for Leave to Amend

Complaint is **GRANTED**. It is further **ORDERED** that Plaintiff's proposed

Amended Complaint shall be the live complaint in this case and is deemed filed as

---

[1]  The Court construes Plaintiff's recent notice as a motion for leave to amend, as
he requests leave to file an amended complaint in the title of his filings.  (Dkt. #
15.)  <u>See</u> <u>Erickson v. Pardus</u>, 551 U.S. 89, 94 (2007) ("A document filed pro se is
'to be liberally construed[.]'" (quoting <u>Estelle v. Gamble</u>, 429 U.S. 97, 106
(1976)).  Such motion is unopposed pursuant to Local Rule CV-7(D)(2) ("A
response to other motions shall be filed not later than 14 days after the filing of the
motion . . . . If there is no response filed within the time period prescribed by this
rule, the court may grant the motion as unopposed.").

of the date of this Order.  The Clerk is instructed to file Plaintiff's First Amended Complaint (Dkt. # 15-1) on the docket.

Accordingly, Defendant's Motion to Dismiss directed at Plaintiff's Original Complaint is **MOOT**, and is therefore **DENIED WITHOUT PREJUDICE TO REFILING**.  (Dkt. # 10.)

**IT IS SO ORDERED.**

Dated: June 15, 2026

_____
David Alan Ezra
Senior United States District Judge