IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LARRY GOLDEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 6:25-CV-00596-DAE |
| | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Upon further review, it appears that Plaintiff's Amended Complaint for this case was not attached to his Motion for Leave to File Amended Complaint. Accordingly, **IT IS ORDERED** that the sections of this Court's Order directing the Clerk to file Plaintiff's Amended Complaint and deeming it filed are **VACATED**. (Dkt. # 17.) Plaintiff is still granted leave to file an amended complaint and may do **so within thirty (30) days of this order** by filing an Amended Complaint on the docket.

**IT IS SO ORDERED.**

**DATED**: June 15, 2026

_____
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE