**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| LARRY GOLDEN,<br><br>            Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>            Defendant. | Case No. 6:25-CV-00596-DAE |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND
TO PLAINTIFF'S AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Defendant Samsung Electronics America, Inc. ("Defendant"), without waiving any defenses described or referred to in Rule 12 of the Federal Rules of Civil Procedure, moves the Court to extend the time within which Defendant is required to move, answer, or otherwise respond to Plaintiff Larry Golden's ("Plaintiff") Amended Complaint for Patent Infringement ("Amended Complaint"). In support of its Motion, Defendant shows the Court the following:

On June 25, 2026, Plaintiff filed his Amended Complaint alleging the infringement of four United States Patents (*i.e.*, U.S. Patent Nos. 10,163,287, 10,984,619, 9,589,439, and 9,096,189) against Defendant. Defendant's deadline to move, answer, or otherwise respond to Plaintiff's Amended Complaint is Thursday, July 9, 2026. FED. R. CIV. P. 15(a)(3). Defendant respectfully seeks a 3-week extension of time up to and including Thursday, July 30, 2026, to move, answer, or otherwise respond to Plaintiff's Amended Complaint.

Defendant represents that good cause exists for this extension of time to move, answer, or otherwise respond to Plaintiff's Amended Complaint. Defendant is diligently investigating the

1

factual and legal allegations set forth in Plaintiff's Amended Complaint.  This 3-week extension of time is reasonable and will allow Defendant sufficient time to fully investigate and evaluate the factual and legal allegations and prepare Defendant's claims and defenses in response thereto. Granting this 3-week extension of time will not prejudice Plaintiff and will ensure that Defendant may submit to the Court a complete motion, answer, or other response to Plaintiff's Complaint.

Defendant represents that this extension is not sought for the purposes of delay. Counsel for Defendant met and conferred with Plaintiff to discuss the substantive relief sought in this Motion, and Plaintiff indicated that Plaintiff does not oppose this Motion.

Defendant's agreement with Plaintiff should not be construed as a waiver of any other rights or defenses, including, for instance, Defendant's right to file counterclaims, affirmative defenses, or to otherwise challenge the validity of the subject patents.

Accordingly, Defendant respectfully requests that the Court grant this Unopposed Motion and enter an order extending the time in which Defendant is required to move, answer, or otherwise respond to Plaintiff's Amended Complaint up to and including Thursday, July 30, 2026.

Dated: June 26, 2026                 Respectfully submitted,


                                           */s/ Melissa R. Smith*
                                           _____
                                           Melissa R. Smith
                                           Texas Bar No. 24001351
                                           **GILLAM & SMITH, LLP**
                                           303 South Washington Avenue
                                           Marshall, Texas 75670
                                           Telephone: (903) 934-8450
                                           Facsimile:  (903) 934-9257
                                           Email: melissa@gillamsmithlaw.com

                                           *Attorney for Defendant*
                                           *Samsung Electronics America, Inc.*

2

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendant met and conferred with Plaintiff to discuss the substantive relief sought in this Motion in accordance with Local Rule CV-7(G). Plaintiff indicated that Plaintiff does not oppose this Motion.

*/s/ Melissa R. Smith*

Melissa R. Smith

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on June 26, 2026.  As of this date, all counsel of record who have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Melissa R. Smith*

Melissa R. Smith