**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

|  |  |
|---|---|
| LARRY GOLDEN,<br><br>        Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>        Defendant. | Case No. 6:25-CV-00596-DAE |

## ORDER

Before the Court is Defendant Samsung Electronics America, Inc.'s Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Amended Complaint for Patent Infringement.  After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **GRANTED**.

It is therefore **ORDERED** that Defendant Samsung Electronics America, Inc.'s deadline to move, answer, or otherwise respond to Plaintiff Larry Golden's Amended Complaint for Patent Infringement (Dkt. No. 19) is **EXTENDED** up to and including July 30, 2026.

**SIGNED** this _____ day of _____, 2026.

_____
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE