**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| LARRY GOLDEN, | § | |
| | § | |
| Plaintiff, | § | Case No. 6:25-CV-00596-DAE |
| | § | |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant Samsung Electronics America, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint.  After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **GRANTED**.  The amended complaint is dismissed without leave to amend.

**IT IS SO ORDERED.**

**DATED:** _____

_____
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE