**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

LARRY GOLDEN,

Plaintiff,

v.

SAMSUNG ELECTRONICS AMERICA, INC.,

Defendant.

Case No. 6:25-CV-00596-DAE

# ORDER

Before the Court is Plaintiff's Cross-Motion for Summary Judgment. After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **DENIED**.

.

**SIGNED** this _________ day of __________________, 2026.

______________________________
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE