**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| LARRY GOLDEN,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Case No. 6:25-CV-00596-DAE |

**ORDER**

Before the Court is Plaintiff's Motion for Leave to File Motion for Summary Judgment. After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **DENIED**.

.

**SIGNED** this _________ day of __________________, 2026.

______________________________
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE